# UNITED STATES DISTRICT COURT
## Eastern District of California

UNITED STATES OF AMERICA  ( ) O/R

( ) Custody
( ) Bond
( ) No/appear
( ) Waiver

Alfonso Mardinen

ATTORNEY for DEFENDANT: D. Boovers
( ) Apt   ( ) Ret   ( ) Fed   ( ) Special Appearance

U.S. MGST JUDGE William M. Wunderlich
DKT # 6:07-mj-00304-2MW
DATE: 3/4/2008
TIME: 10:00 AM
CLERK: L. Yu

Legal Officer B. Waldow

***

( ) Defendant present with counsel    ( ) No appearance by defendant    ( ) No counsel

***

## MINUTE ORDER

The bond previously posted in the above matter is hereby ordered returned to surety.

It is so Ordered.

Dated: 3-24-08

William M. Wunderlich,
U.S. Magistrate Judge